MISC 08 46T

B 265
(8/96)

# United States Bankruptcy Court

____________ District Of ____________

In re Tania Richards, )
Debtor )
Case No. 07-16609-JNF
Chapter 7

Donald R. Lassman, Chapter 7 Trustee of Tania Richards, )
Plaintiff )

v. )

James E. Babits, )
Defendant )
Adv. Proc. No. 08-1042

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on May 27, 2008 (date) as it appears in the records of this court, and that:

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on ____________ (date).

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the ____________ (name of court) issued on ____________ (date).

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on ____________ (date).

UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

____________
Clerk of the Bankruptcy Court

May 27, 2008
Date

By: Cynthia Young
Deputy Clerk