MISC 08 46T

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>TANIA RICHARDS,<br><br>Debtor. | Chapter 7<br>Case No. 07-16609-JNF |
| DONALD R. LASSMAN, CHAPTER 7 TRUSTEE OF TANIA RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. BABITS,<br><br>Defendant. | Adversary Proceeding<br>Case No. 08-1042 |

**DEFAULT JUDGMENT AGAINST DEFENDANT JAMES E. BABITS**

The Defendant, James E. Babits, having failed to plead or otherwise defend in this action and his default having been entered, now, upon application of the Plaintiff, Donald R. Lassman, the duly-appointed chapter 7 trustee (the "Trustee") of the bankruptcy estate of Tania Richards (the "Debtor"), and the affidavit of Tania Richards demonstrating that the Defendant owes the Plaintiff the sum of $388,490.19, it is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiff recover from the Defendant, James E. Babits, the principal amount of $388,490.19, with interest thereon.

Joan N. Feeney

Joan N. Feeney
United States Bankruptcy Judge

Dated: ~~April~~ May 13, 2008

UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: Mary Jane Leary
Deputy Clerk
Date: May 27, 2008