AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Donald R. Lassman,
Chapter 7 Trustee of
Tania Richards

v.

James E. Babits

**APPEARANCE**

Case Number: 07-16609-JNF

MISC 08 46T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Donald R. Lassman, Chapter 7 Trustee of Tania Richards.

I certify that I am admitted to practice in this court.

5/28/08
Date

Signature


Stephen J. Brouillard — 6284
Print Name — Bar Number

325 Angell Street
Address

Providence — RI — 02906
City — State — Zip Code

(401) 223-2100 — (401) 861-3103
Phone Number — Fax Number