MISC 08 46

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| | |
|---|---|
| **United States District Court** | DISTRICT #1 Rhode Island |

TO THE MARSHAL OF: #2

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME #3 James E. Basits

you cause to be made and levied as well a certain debt of: #4

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| #5 $388,490.19 | |

and

Three hundred eighty eight thousand four hundred ninety and 19/100

#6
in the United States District Court for the __________ District of Massachusetts,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
#7

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE #8 |

Witness the Honorable #9 Ernest C. Torres
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 8/27/2008 | (BY) DEPUTY CLERK Wendy Garb |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |