MISC 08 46

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| | |
|---|---|
| **United States District Court** | DISTRICT #1 Rhode Island |

TO THE MARSHAL OF: #2

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME #3 James E. Basile

you cause to be made and levied as well a certain debt of: #4

| DOLLAR AMOUNT #5 | DOLLAR AMOUNT |
|---|---|
| $388,490.19 | |

and

Three hundred eighty eight thousand four hundred ninety and 19/100

in the United States District Court for the #6 ______________ District of Massachusetts, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

#7

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE #8 |

Witness the Honorable #9 Ernest C. Torres
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 8/27/2008 | (BY) DEPUTY CLERK Wendy Guib |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 5/28/08 | 5/28/08 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| Burton Stallwood | Robert D. Young<br>Robert D Young |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Donald R. Lassman, Chapter 7 Trustee

COURT CASE NUMBER: MISC 08 46 T

DEFENDANT: James E. Babits

TYPE OF PROCESS: Writ of Execution

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Pawtucket Credit Union

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 1200 Central Ave., Pawtucket, R.I. 02861

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alex Mattera
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

Number of process to be served with this Form - 285:

Number of parties to be served in this case:

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

All bank accounts held by Pawtucket Credit Union for James E. Babits SSN [redacted]-[redacted]-[redacted] including but not limited to Checking Acct. No. [redacted]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 617-263-2600

DATE: 5/28/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 5/28/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Gail Rao Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 5/28/08 | Time: 3:20 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 7.07 | | 52.07 | $150.00 | | 97.93 |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

Donald R. Lassman, Chapter 7 Trustee MISC 08-46
vs.
James E. Babits

INSTRUCTIONS WITH WRIT OF EXECUTION:

Please make check payable to:

Donald R. Lassman, Chapter 7 Trustee

and forward to:

Alex Mattera
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

Questions can be addressed to Attorney Alex Mattera 617-263-2600